

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00539-CV

Jose **CERVANTES** and Juanita Cervantes,
Appellants

v.

**LEHNHOFF REAL ESTATE LLC**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-12057
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: March 4, 2026

DISMISSED

On February 19, 2026, appellants filed a motion for voluntary dismissal under Texas Rules of Appellate Procedure 42.1(a)(2), asking this court to grant a voluntary dismissal of their appeal in accordance with the parties' agreement to settle their differences in the underlying suit. *See* TEX. R. APP. P. 42.1(a)(2). We GRANT the motion and DISMISS this appeal. *See id*. We ORDER all costs of the appeal assessed against the appellants.

PER CURIAM